IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SUMMER PARRISH                                              PLAINTIFF

    vs.                    CASE NO. 06-6024

JOSEPH FITE, INDIVIDUALLY AND IN
OFFICIAL CAPACITY, AND SHERIFF RON
BALL IN OFFICIAL CAPACITY                                   DEFENDANT

## **JUDGMENT**

In accordance with the opinion of the United States Court of Appeals for the Eighth Circuit filed February 10, 2010, and the mandate issued on March 3, 2010, Plaintiff's claims against Joseph Fite and Sheriff Ron Ball in their official capacities are DISMISSED WITH PREJUDICE and final judgment is hereby entered in favor of Plaintiff against Joseph Fite in his individual capacity for $15,000 in compensatory damages and $100,000 in punitive damages, plus interest from the date of this judgment until paid at the current post-judgment interest rate of .34% per annum.  Further, Plaintiff is awarded $23,315 in attorney's fees and costs against Joseph Fite in his individual capacity.

IT IS SO ORDERED this 5th day of March 2010.

                                      /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge